**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Warren SANDERS, a/k/a New York Mike, a/k/a Charlie Brown, a/k/a William McKinney, Defendant–Appellant.**

**No. 11–7579.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Warren Sanders, Appellant Pro Se. John J. Frail, Steven Loew, Assistant United States Attorneys, Miller A. Bushong, III, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Sanders appeals the district court's order reducing his sentence, on the court's own motion, pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Sanders*, No. 3:03–cr–00086–1 (S.D.W.Va. Nov. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*